SEP 10 2013

CHRISTOPHER D. RICH, Clerk
By ANNMARIE MEYER
DEPUTY

Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB #6009
ephillips@rossmanlaw.com
Kimberly L. Williams, ISB #8893
kwilliams@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
737 N. 7th Street
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 342-2170

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JOHN GUSTIN, an individual, | CASE NO. CV OC 1316146 |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| -vs- | |
| MORETON INSURANCE COMPANY OF IDAHO, INC., an Idaho Corporation, dba Moreton & Company, | Fee Category: A-1<br>Filing Fee: $96.00 |
| Defendant. | |

COMES NOW, the above-named Plaintiff, by and through his counsel of record, the law firm of ROSSMAN LAW GROUP, PLLC, and for a cause of action against the

**COMPLAINT AND DEMAND FOR JURY TRIAL - 1**

Defendant, Moreton Insurance Company of Idaho, Inc., dba Moreton & Company, and COMPLAINS AND ALLEGES as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff John Gustin ("Gustin"), at all times relevant herein was a resident Emmett, Gem County, Idaho.

2. Defendant, Moreton Insurance Company of Idaho, Inc. dba Moreton & Company ("Moreton"), at all times relevant herein is and has been an Idaho corporation with its principle place of business in Boise, Idaho.

3. The Court has jurisdiction in this matter pursuant to Idaho Code § 1-705.

4. Venue is proper, pursuant to Idaho Code § 5-404 because Plaintiff's principle place of business is in Ada County and the acts and omissions complained of occurred in Ada County.

### GENERAL ALLEGATIONS

5. Mr. Gustin began his employment with Moreton in or about April of 2010 as a Sales Executive.

6. The terms of his employment included a guaranteed base salary of $10,000 per month, paid in two equal payments of $5,000.00 per month, and a $500.00 per month car allowance for the first three years of his employment.

7. In or about January of 2012, Moreton unilaterally decreased Gustin's salary by approximately $1,371.00 per pay period.

8. On or about June 13, 2013 Gustin left his employment with Moreton.

9. To date, Moreton has failed to pay the contractual compensation due to Mr. Gustin pursuant to the agreement entered into between the parties on or about April 7, 2010.

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

## COUNT ONE

### *Violation of Idaho Wage Claim Act*

10. Gustin hereby realleges the allegations contained in Paragraphs 1 through 9 as set forth above, and incorporates the same herein by reference.

11. At all times herein mentioned, Moreton was and now is an employer within the meaning of the Idaho Wage Claims Act, Idaho Code § 45-601.

12. At all times herein mentioned prior to June 13, 2013, Gustin was employed by Moreton and was an employee within the meaning of the Idaho Wage Claims Act, Idaho Code § 45-601.

13. The salary promised to Gustin by Moreton falls within the definition of "wages" as found in the Idaho Wage Claim Act, Idaho Code § 45-601.

14. Moreton's failure to pay the full contractual salary within ten (10) business days of Mr. Gustin's termination of employment constitutes a violation of the Idaho Wage Claims Act, Idaho Code §§ 45-601, *et. seq.*

15. As a direct result of Moreton's wrongful conduct, Gustin is entitled to recover his wages due and owing, including full payment of the entire guaranteed base salary amount, and treble damages as provided by the Idaho Wage Claims Act, Idaho Code § 45-615 in an amount exceeding $10,000.00 to be proven with specificity at trial.

16. Gustin is further entitled to recover his costs and attorney fees incurred in prosecuting this action pursuant to Idaho Code §§ 12-120(3), 12-121 and 45-615.

## COUNT TWO

### *Breach of Contract*

17. Gustin hereby realleges the allegations contained in Paragraphs 1 through 16 as set forth above, and incorporate the same herein by reference.

18. In Gustin's employment contract, Moreton included a promise that Mr. Gustin would be paid $10,000.00 per month for a period of three years.

19. Gustin fully performed his duties and obligations under the terms of his employment contract.

20. As a result of Moreton's breach of the employment contract, Gustin has suffered damages in an amount exceeding $10,000.00, to be proven with specificity at trial.

21. Gustin is entitled to recover his attorneys' fees and costs incurred in pursuing this matter pursuant to Idaho Code §§ 12-120(3) and 12-121.

### PRAYER FOR RELIEF

WHEREFORE, Gustin prays for Judgment, Order and Decree of this Court as follows:

1. For judgment of the court awarding Gustin damages in excess of $10,000.00, incurred as a result of Moreton's violation of the Idaho Wage Claim Act and breach of contract.

2. For prejudgment interest on all damages recovered at the rate set forth within Idaho Code § 28-22-104.

3. For Plaintiff's reasonable attorney fees and costs incurred in prosecuting this action, pursuant to Idaho Code §§ 12-120 and 12-121 and 45-615.

4. For such other and further relief as court deems just and necessary.

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of no less than twelve (12) persons on all issues so triable pursuant to Idaho Rule of Civil Procedure 38(b).

DATED this 10th day of September, 2013.

ROSSMAN LAW GROUP, PLLC

By _____
Kimberly L. Williams
Attorneys for Plaintiff

Fileserver:documents:Work\G\Gustin, John\Pleadings\Complaint.doc